

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff | : | Criminal Action No. 24-92-UNA |
| v. | : | |
| ANDRE McDOUGAL, | : | |
| Defendant. | : | |

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

## COUNT ONE

On or about the 15th day of June, 2024, in the District of Delaware, the defendant, ANDRE McDOUGAL, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess approximately forty-nine rounds of Blazer .40 ammunition and one round of Lugar 9mm ammunition, said ammunition having been shipped and transported in interstate commerce.

In violation of 18 U.S.C. §§ 922(g)(1) & 924(a)(8).

SEP 1 2 2024

## NOTICE OF FORFEITURE

Upon conviction of the offense alleged in Count One of this Indictment, the defendant, ANDRE McDOUGAL, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all ammunition involved in the commission of this offense, including, but not limited to: forty-nine rounds of Blazer .40 ammunition and one round of Lugar 9mm ammunition.

A TRUE BILL

Foreperson

DAVID C. WEISS
United States Attorney

By: _____  9/12/24
Michael F. McTaggart
Special Assistant United States Attorney